*February 4, 1936.*

REETZ, Respondent, vs. ZABEL and another, Appellants.

For the appellants: *H. W. Rudow* of Menomonie.
For the respondent: *W. T. Doar* of New Richmond.

*By the Court.*—Judgment affirmed.

HAUTENEN (SYMA), Appellant, vs. DEWEY and others, Respondents.

For the appellant: *Kadwit & Lepp* of Kenosha.
For the respondents: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.